| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Timothy L. Alger (SBN 160303)<br>**HARRIS SLIWOSKI LLP**<br>700 S. Flower Street, Suite 1000<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (424) 273-5500    FAX NO. (Optional): (   )<br>E-MAIL ADDRESS (Optional)<br>ATTORNEY FOR (Name): La Unica International Sonora Santanera, S. DE. R.L | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: La Unica International Sonora Santanera, S. DE. R.L, a Mexico Corporation<br><br>DEFENDANT/RESPONDENT: Yolanda Almazan Ortiz, an individual, et al. | CASE No.:<br>2:25-CV-02147-CAS(AJRx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>HARSL-0191818.KW |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action              e. [ ] First Amended Complaint
   b. [X] Complaint                              f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet                      g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents):* Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Filer of Deficiencies in Attorney Case Opening; Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements; Notice to Counsel; Certification and Notice of Interested Parties (Local Rule 7.1)

3. a. Party served *(specify name of party as shown on documents served):*
   **MALU ELIZONDO (PERSONALLY)**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 10578 CHILLINGHAM DRIVE, LAS VEGAS, NV 89183

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 03/26/25        (2) at *(time)*: 6:09 PM

   b. [ ] **By Substituted Service.** On *(date):*              at *(time):*              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):*              from *(city):*                    or [ ] A Declaration of Mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                American LegalNet, Inc.
                                                                                              www.Forms*Workflow*.com

| PLAINTIFF/PETITIONER: La Unica International Sonora Santanera, S. DE. R.L, a Mexico Corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Yolanda Almazan Ortiz, an individual, et al. | 2:25-CV-02147-CAS(AJRx) |

5.  c.  [ ]  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                            (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)        [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)              [ ] 415.46 (occupant)
                                              [ ] Other

7. **Person who served papers**
   a. Name: SUSAN KRUSE
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 290.00
   e. I am:
      (1) [X] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] A Registered California process server:
         (i)   [ ] Owner  [ ] Employee  [ ] Independent contractor.
         (ii)  Registration No.:  PILB NV LIC 1469
         (iii) County:  Clark County Nevada

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 03/28/25

SUSAN KRUSE
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                ▶               (SIGNATURE)

POS-010 [Rev. January 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.Forms*Workflow*.com