UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.    2:25cv02147 CAS (AJRx)                            Date:  May 15, 2026

Title    *LA UNICA INTERNATIONAL SONORA SANTANERA, S. DE. R.L v. YOLANDA ALMAZAN ORTIZ; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) – PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [37]; AND DECLARATION OF FREDERIC ROCAFORT IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (Filed May 15, 2026)**

The Court is in receipt of Plaintiff's Response to Order to Show Cause [37]; and the Declaration of Frederic Rocafort in Support of Plaintiff's Response to Order to Show Cause filed May 15, 2026.  The Order to Show Cause as to defendant Rony Osorio is hereby discharged. Further, the Court grants plaintiff's request to continue the Court's Order to Show Cause [32].  The Order to Show Cause is hereby extended by approximate 120 days.  Therefore,

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 15, 2026**, why this action should not be dismissed for lack of prosecution as to defendants **defendants YOLANDA ALMAZAN ORTIZ; NORMA YOLANDA COLORADO ALMAZAN; GILBERTO NAVARRETE JIMENEZ; and MARIA FERNANDA ALVO DIAZ, only**.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.    2:25cv02147 CAS (AJRx)                                    Date:  May 15, 2026

Title       *LA UNICA INTERNATIONAL SONORA SANTANERA, S. DE. R.L v. YOLANDA ALMAZAN ORTIZ; ET AL.*

    Plaintiff is advised that the Court will consider a proof of service of summons and amended complaint on **defendants YOLANDA ALMAZAN ORTIZ; NORMA YOLANDA COLORADO ALMAZAN; GILBERTO NAVARRETE JIMENEZ; and MARIA FERNANDA ALVO DIAZ, only** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |